UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIELO STEIN,                                                                                                    Plaintiff,

v.                                                                            Civil Action No. 3:23-cv-115-DJH-CHL

NEOS THERAPEUTICS, INC.,
and AYTU BIOPHARMA, INC.,                                                                             Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 41) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is now **CLOSED** and **STRICKEN** from the Court's active docket.

August 21, 2024

David J. Hale, Judge
United States District Court